FILED

JUL 22 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>-vs-   )<br>   )<br>EDDIE WAYNE MORRISON,   )<br>   )<br>   Defendant.   ) | Case No. CR 21-190 D<br><br>Violation:   18 U.S.C. § 922(a)(6) |

## I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT 1
### (False Statement to a Firearms Dealer)

On or about March 15, 2021, in Duncan, Oklahoma, in the Western District of Oklahoma,

---------------------------------- **EDDIE WAYNE MORRISON,** ------------------------------

in connection with the attempted acquisition of a firearm from EZ Pawn, Duncan, Oklahoma, a federally licensed firearms dealer, knowingly made false and fictitious written statements on federal ATF Form 4473 intended and likely to deceive such dealer with respect to facts material to the lawfulness of the sale of the firearm.

All in violation of Title 18, United States Code, Section 922(a)(6), the penalty for which is found in Title 18, United States Code, Section 924(a)(2).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

MARY E. WALTERS
Assistant United States Attorney