OKWD Revised AO 442 (1/16/15)

11309177
2164-0723-1348-J

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> V. ) <br> ) <br> EDDIE WAYNE MORRISON ) <br> _Defendant_ ) | Case Number: CR-21-190-D <br><br> **RECEIVED** <br> JUL 23 2021 <br> U.S. MARSHALS W/OK |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ EDDIE WAYNE MORRISON,

who is accused of an offense or violation based on the following document filed with the court:

☑ SEALED Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:922(a)(6) FALSE STATEMENT TO A FIREARMS DEALER

WARRANT ISSUED:
4:57 pm, Jul 22, 2021
CARMELITA REEDER SHINN, Clerk

By: _[signature]_
Deputy Clerk

Kathleen Thompson, Deputy Clerk
Oklahoma City, Oklahoma

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____

Date: _____

ARRESTED ON: 8-12-2021
WITHIN THE W DISTRICT OF OK
BY: ATF, OKC

_Arresting officer's signature_

_Printed name and title_