IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-21-190-D |
| ) | |
| EDDIE WAYNE MORRISON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is the Report and Recommendation [Doc. No. 37] issued by United States Magistrate Judge Suzanne Mitchell. Judge Mitchell held a competency hearing on November 2, 2022 and her Report recommends that the Court find that Defendant is competent to stand trial. The Report indicates that Defendant, through counsel, waived his right to file an objection to the Report.

The Court has reviewed the Forensic Psychological Report [Doc. No. 34] of Dr. Sarah Hampton opining that Defendant is competent to proceed. The Court also notes that neither Defendant nor the government contest Dr. Hampton's report. Accordingly, the Court finds that a preponderance of the evidence establishes that "the defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense." 18 U.S.C.A. § 4241(e).

The Court therefore ADOPTS the Report and Recommendation in its entirety and finds Defendant competent. This case is set on the January 10, 2023 jury trial docket.

**IT IS ORDERED** this 8th day of November, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge